**EXHIBIT A**

**EXHIBIT A**

---------- Forwarded message ---------
From: **Andrew Morton** <amorton@handlerthayer.com>
Date: Mon, Mar 27, 2023 at 4:02 PM
Subject: RE: FW: Giving Back - Skyhook invoice
To: Marc Pollick <mpollick@givingback.org>, Mary Mosteller <mmosteller@givingback.org>
Cc: Patricia Gladstone <pgladstone@handlerthayer.com>, Catherine Mbacho <cmbacho@givingback.org>, Ingrid Tucker <itucker@givingback.org>

Marc, let's please avoid a reference as utterly and offensively comical as mentioning that no good deeds go unpunished when the audience in question provided literally hundreds of hours of loyal and tireless service over the course of the past decade – unfortunately for both GBF and you personally, the punishment in return has only just begun.

So in the event that somehow you were under the misguided impression I'm one to find himself brazenly thrown under the bus and quietly remain there without making use of every asset at my disposal in response, you are soon to be sorely and severely disappointed.

I'd suggest you should have exercised better judgment before making knowingly deceitful statements and lobbing egregious allegations at my expense in a cowardly attempt to protect yourself, however as we're all aware that's beyond your capacity.

**Andrew D. Morton, J.D., M.P.P.**
Partner and Chair, Sports & Entertainment Philanthropy
HANDLER THAYER, LLP
Washington, DC Office: 202.549.0851
Chicago Office: 312.641.2100
amorton@handlerthayer.com
Twitter: @PhilanthropyLaw
www.handlerthayer.com/personnel/andrew-d-morton