**EXHIBIT C**

**EXHIBIT C**

## GBF Rebuttal/Fact Statement

Introduction: GBF argues that the Sportico articles contain false, incomplete and misleading allegations and statements which as reported present it and its Founder in an extremely negative light. Such reporting has unfortunately caused negative consequences to its valuable charitable endeavors. In order to prevent further harm, GBF wishes to set the record straight and clear. Below is a sampling of some of the various reported inaccurate statements and conclusions that were made followed by the correct, full, accurate and unbiased facts and statements. GBF takes this opportunity to clear the record which would permit Sportico to modify, if not remove, the damaging article(s) that remain on the web page for the general public to view. The public is deserving of an accurate description of the situation at hand. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

General Comments:

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Resignation of multiple board members:

Response: This is a completely misleading characterization. One board member "resigned" only after she was asked multiple times to leave for cause. One other board member stepped down for health and family reasons and a third had resigned many months earlier because she lost her job and was just never taken down from the website at that time.



Whistleblower complaint: This was not a whistleblower complaint. It was a letter filled with scores of completely false statements and accusations unsupported by any facts written by a person who served for three months as Pollick's Executive Assistant and failed miserably in that position. Rather than fire her, as an act of grace, she was moved to a lower level position in the company.

Hundreds of pages of internal documents: Where would a reporter obtain such documents? If these were from the referenced attorney or from the board member asked to leave the board such acts would likely be a breach of privilege, fiduciary responsibility and potentially illegal.

Basic Oversight and accounting functions: GBF has passed 25 straight audits without blemish or a single management letter of any kind. There has never been a dollar of client money that has gone unaccounted for. The conclusion by the reporter is unsupported by any facts.

The Whistleblower letter:

Virtually every single sentence of the disgruntled employee's letter is false and misleading. The Hertz charge of irresponsibly failing to pay a designated fee is completely false. The fee was for allegedly failing to return the vehicle to the proper location. After obtaining a flat, a Hertz representative came and retrieved the car. Once the Hertz representative took possession of the vehicle, Pollick had no further responsibility or obligation. The charge was ultimately corrected by Hertz.

Pollick was not tardy in attempting to renew his TSA certification. In fact, he submitted the renewal months in advance of its expiration. When asked to book travel, Pollick requested that his EA check into the status of his renewal. Such is a reasonable request to be made to an executive assistant.

"A great many times he would have me book his trips...." During the 3 months that she was Pollick's EA she booked no more than 2-3 trips in total for him. One particular trip was booked ONCE and canceled ONCE due to the other party canceling the meeting. If the party he was to meet with cancels, rebooking or canceling flights is unavoidable and a normal occurrence in business.

Impersonate another employee to gain access to a storage facility: The GBF-owned storage locker was rented by a former employee in that person's personal name. Putting the locker in her name was done in poor judgement on her part. The facility would not speak with anyone other than that person to give us access to our own unit. Since we had terminated the employment of that person, we did not want to call her. There was no other way to gain access to our own storage locker.

"People do not want to be promoted because it would mean spending more time with Marc": Pollick did not supervise staff. Others in management did. That is a false and nonsensical statement.

The attorney's comments about Hamlin to the Arizona Republic: Pollick was not the one who was incensed, the Hamlin family was. Pollick only found out about it from them. The attorney, was ethically and legally barred from commenting to the press without GBF's permission which he did not have. And he was not GBF's attorney of record as previously stated.

Pollick had **no** telephone conversations at all with the Hamlin family after the initial call about setting up a foundation on Jan 4, 2023. None! This is false. It was ▮▮▮▮▮▮▮▮▮▮ who had appointed herself a conduit between GBF and the Hamlin family who told them there were time restrictions. Pollick was not involved in any of those calls and there are emails from ▮▮▮ confirming this. In fact, ▮▮▮▮ told GBF that Go Fund Me had a 60-day rule that money had to be disbursed. This is an inaccurate statement. Only she spoke with Go Fund Me.

Several compliance companies. During the summer of 2022 GBF decided to change compliance companies. GBF hired a new one and after two months they had not completed or even attempted a single state registration for us. As soon as that was discovered, GBF fired them that day and hired a more reputable firm who brought the company into immediate compliance that same day.

Small Claims Lawsuit. The lawyer lied to the court in asking for a postponement of the trial less than 24 hours before the trial due to a "personal emergency." The plaintiff caught the lawyer in his lie due to the dates of plane tickets purchased weeks before and Facebook photos of the lawyer attending his college homecoming weekend during the time of the trial. The plaintiff wrote to the judge sending photos of the lawyer celebrating on Facebook during the day of the trial and showing the receipts of his plane tickets purchased far in advance of his "personal emergency". As a result of his lying to the court, GBF was severely prejudiced in its small claim case that it likely would have prevailed otherwise.

▮▮▮▮▮▮▮▮ did NOT participate in weekly calls in the 6 months before her resignation. That is false. She was invited on certain occasions when Pollick felt she could help staff orchestrate ways to sell sponsorships and tickets for GBF's annual fundraiser.





 attended a GBF staff meeting on March 8, 2023 while Pollick was out of the country. She had not been invited to attend and in fact, instructions had been explicitly left for her not to be included under any circumstances. She attended anyway and announced a "staff survey" which she claimed was supported by the board. When one of the staff asked her if Pollick was aware of this survey, she said "no, we are not telling him." Immediately one of the staff called Pollick in Europe and told him what was going on at the meeting and put him on speaker phone to hear. It was the end of the meeting and he did not comment. Pollick immediately called the Board chair and several board members and none of them knew anything about any survey. This was a lie that ▇▇▇ made up and crashed a staff meeting to secretly announce it while the CEO was out of the country.

Diplomat Hotel suit---Pollick never at any time filed a claim for lost wages. This is demonstrably false. The actual proof in his deposition was provided to the reporter and he still wrote false statements.

Complaints about client charges---attributable to a woman who left GBF to start a rival company and attempted to steal clients in the process: She also wrote a Glassdoor review saying that GBF paid people of color less than others when as a person of color herself she was the highest paid employee other than the CEO! The rival company that this woman left GBF to start was officially de-certified by the IRS for failing to file tax returns for three years and written up in major newspapers. This is the kind of person the reporter interviewed anonymously about us. That is the level of credibility.

Yao Ming Foundation. It is not at all dormant and receives substantial donations each year that cover virtually all of its fees. GBF recently made a $200,000 donation from that foundation.

Mail sent to Pollick home. After going virtual because of COVID, GBF established a PO Box with a mail company in Beverly Hills. Large companies like Fidelity and Schwab refused to send checks to a POB so GBF had no choice but to change to a street address for the safe receipt of all checks. It had nothing to do with money. GBF chose the POB first.

Copies of our Excel and Google spreadsheets obtained by Sportico? Query, how is an outside news source gaining access to private client spreadsheets without someone on the inside giving them to him? Such sharing of information is in violation of the providing person's NDA as well as fiduciary responsibilities. Statements made in the article relating to those materials were completely false and incorrect.

Hericanes small claim suit. We do not provide weekly account balances or monthly profit and loss statements. Clients have access to their own accounts via their bank accounts. All thank you notes were sent out as promised to all donors and since our donor platform, Give Lively, sends their own thank you notes, this client did not realize that and mistakenly thought we had failed to do it. That was false.

Auditors and accountants: GBF hired a new auditor in 2020 after using the same one for 7 years. That auditor was part of an accounting firm that GBF then hired as its accounting firm so there was no other choice but to hire a different auditor. You cannot audit yourself! The accounting firm set up Sage Intaact, a new software system they recommended that would better serve GBF clients. GBF later discovered that they set it up wrong which caused problems for our clients getting accurate and timely financial information. GBF parted ways with that firm and hired another who came highly recommended. However, they too made numerous mistakes and were unreliable.

Tax returns: They were done professionally by our auditors. They represented to us that the returns were done properly with no missing information. All tax returns were checked and approved by GBF's Treasurer prior to filing them.

Compliance. It was ▇ that the Charity Compliance woman complained about and not Marc Pollick. The head of the Charity Compliance firm has provided a written statement correcting the record and affirming that it was in fact ▇ who had insulted her and that it had nothing whatsoever to do with Pollick. When GBF assured her that ▇ would have no contact with her, that satisfied her and she is with GBF to this day. This was but another of dozens upon dozens of completely false and misleading statements in ▇ letter.

No employee has had their final paycheck delayed. These are regulated by state laws and GBF has strict adherence to those laws at all times.

---

Facts regarding Second Sportico Article:

Begin with the Title of the article: It is misleading. It should more appropriately read

"CEO CLEARED and Whistleblower Fired." Or words to that effect, not "GBF Investigates CEO." The Investigation was over when the article was written. This is a blatantly misleading headline, written specifically for the perceived purpose of further defaming Pollick's reputation. Any fair and unbiased news source would have titled the article "CEO Cleared and Whistleblower Fired" which was the honest result of the independent investigation. Sportico willfully and purposefully wrote a headline that was misleading, untruthful and potentially defamatory.

The investigation had nothing to do with the first Sportico story as claimed. It only had to do with the letter from ▇▇▇▇ written months before the Sportico story.

"GBF has long struggled to carry out even the basic functions of a fiscal sponsor": GBF has carried them out for 26.5 years and has a 100%, 4-Star rating on Charity Navigator. It appears the reporter is stating his opinion based on improper facts.

"Promise more than they can deliver." Again, based on what? GBF OVER delivers to many clients providing services far beyond what they pay for! And what is critical when assessing whether or not the reporter was fair or biased, GBF could have provided many testimonials from happy clients who have benefited greatly from their association with us.

"Routinely impaired by the combative and wayward tendencies of its leader Marc Pollick": We provided several letters from clients and other leaders around the country praising Pollick's leadership that were ignored. Some of those testimonials came from some of the most respected individuals in the country. You cannot simply write things about people without facts to back it up.

▇▇▇▇ again in the second article is quoted. See above. Pollick asked her to leave for ethical violations and conflicts of interest.

▇▇▇▇ "resigned". She was forced to resign: This entire section is all a lie. She was NOT a key point of contact for Damar Hamlin. She inserted herself into the relationship without my permission and lied to the Hamlins. Her entire resignation letter is a fraud. The article doesn't reflect the truth--that ▇▇▇▇ violated a contract, owed the charity more than $40,000, violated her Duty of Loyalty and Fiduciary Duty as a board member and was about to be unanimously voted off the board. The article portrays it 180 degrees wrong.

Pollick did not "secretly" listen into a meeting: Joanne crashed a meeting she was not invited to and lied to the entire staff about a survey. Pollick was called by a staff person who put him on speaker phone to hear what was going on at HIS meeting behind HIS back by a board member attempting a coup.

NDA's are in fact mandatory when you begin work at GBF. When GBF discovered that some staff had not signed them it was corrected immediately. Pollick had nothing whatsoever to do with any of this. It was the responsibility of our COO.