# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE GIVING BACK FUND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-3495 |
| ) | |
| HANDLER THAYER, LLP and ) | |
| ANDREW MORTON, ) | Hon. Steven C. Seeger |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Amendment to the pleadings | November 1, 2024 |
| Completion of Fact Discovery | January 31, 2025 |
| Disclosure of Plaintiff's Expert Report(s) | One month after the close of fact discovery February 28, 2025 |
| Deposition of Plaintiff's Expert | March 21, 2025 |
| Disclosure of Defendant's Expert Report(s) | April 18, 2025 |
| Deposition of Defendant's Expert | May 9, 2025 |
| Dispositive Motions | One month after the close of expert discovery June 6, 2025 |

Date: July 19, 2024

Steven C. Seeger
United States District Judge

- 2 -